USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   MARISOL DAVILA,

                            Plaintiff,

            -against-

   INTREN LLC and BRETT WILLIAM
   SPARENGERG,

                            Defendants.
-------------------------------------------------------------- X

1:22-cv-1558-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of Bronx, on February 24, 2022. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than March 10, 2022. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: February 25, 2022

                                                                _____
                                                                GREGORY H. WOODS
                                                           United States District Judge